John McGahren
Stephanie R. Feingold
Morgan, Lewis & Bockius LLP
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540-6289
Tel.:  609.919.6600
Fax:  609.919.6701

Elizabeth Hoop Fay (Admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
(A Pennsylvania Limited Liability Partnership)
1701 Market St.
Philadelphia, PA 19103-2921
Tel.:  215.963.5712
Fax:  215.963.5001

Charles W. Cox (Admitted *pro hac vice*)
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Tel.:  213.576.1000
Fax:  213.576.2878

*Attorneys for Plaintiff RCM Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RCM Technologies, Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Legion Partners Asset Management, LLC, Bradley Vizi, Christopher Kiper, Roger Ballou, Michael O'Connell, IRS Partners No. 19, L.P., The Leonetti/O'Connell Family Foundation, M2O, Inc., The Michael F. O'Connell and Margo L. O'Connell Revocable Trust,<br><br>　　　　　　　　Defendants. | Civil Action No.  1:13-cv-06809-RBK-KMW<br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

2450556-2

Plaintiff RCM Technologies, Inc. ("RCM"), and Defendants Legion Partners Asset Management, LLC, Bradley Vizi, Christopher Kiper, Roger Ballou, Michael O'Connell, IRS Partners No. 19, L.P., The Leonetti/O'Connell Family Foundation, M2O, Inc., The Michael F. O'Connell and Margo L. O'Connell Revocable Trust (collectively, "the Legion Defendants"), by their undersigned counsel, hereby stipulate and agree, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), that:

1. This Action and all claims asserted by RCM in the Verified Complaint against the Legion Defendants are hereby dismissed in their entirety, with prejudice, and without fees or costs.

2. The Counterclaims asserted in this Action by Defendants Legion Partners Asset Management, LLC, Bradley Vizi, Roger Ballou, and IRS Partners No. 19, L.P. against RCM are hereby dismissed in their entirety, with prejudice, and without fees or costs.

2450556-2

| | |
|---|---|
| s/ Nicholas Centrella | s/ John McGahren |
| Nicholas M. Centrella | John McGahren |
| Conrad O'Brien PC | Stephanie R. Feingold |
| Centre Square, West Tower | Morgan, Lewis & Bockius LLP |
| 1500 Market Street, Ste. 3900 | 502 Carnegie Center |
| Philadelphia, PA  19102-1920 | Princeton, NJ 08540-6289 |
| Tel: 215.864.8098 | Tel.: 609.919.6600 |
| Fax: 215.864.0798 | Fax: 609.919.6701 |
| | |
| Joshua J. Voss | Elizabeth Hoop Fay (Admitted *pro hac vice*) |
| Conrad O'Brien PC | Morgan, Lewis & Bockius LLP |
| The Payne Shoemaker Building | 1701 Market St. |
| 240 North Third Street, 5th Floor | Philadelphia, PA 19103-2921 |
| Harrisburg, PA  17102 | Tel.: 215.963.5712 |
| Tel: 215.864.8081 | Fax: 215.963.5001 |
| Fax: 215.864.7401 | |
| | Charles W. Cox (Admitted *pro hac vice*) |
| Thomas J. Fleming (Admitted *pro hac vice*) | Alston & Bird LLP |
| Jeffrey A. Udell (Admitted *pro hac vice*) | 333 South Hope Street, 16th Floor |
| Nicole C. Barna | Los Angeles, CA  90071-1410 |
| Olshan Frome Wolosky LLP | Tel.: 213.576.1000 |
| Park Avenue Tower | Fax: 213.576.2878 |
| 65 East 55th Street | |
| New York, New York 10022 | *Counsel for Plaintiff RCM Technologies, Inc.* |
| Tel: 212.451.2300 | |
| Fax: 212.451.2222 | |

*Attorneys for Defendants Legion Partners Asset Management, LLC, Bradley Vizi, Christopher Kiper, Roger Ballou, Michael O'Connell, IRS Partners No. 19, L.P., The Leonetti/O'Connell Family Foundation, M2O, Inc., The Michael F. O'Connell and Margo L. O'Connell Revocable Trust*

Dated:  January 29, 2014                                                  Dated:  January 29, 2014

3

2450556-2